# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Melissa Marie Caldwell,                     Chapter          13

    **Debtor 1**

Case No.          1:26–bk–00312–HWV

**<u>Order</u>**

    **IT IS ORDERED** that the case is hereby dismissed as to Debtor 1 for failure to comply with Order dated February 4, 2026.

    **Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

By the Court,

*Henry W. Van Eck*

Henry W. Van Eck, Chief Bankruptcy Judge

Dated:  February 17, 2026

ordsmiss (05/18)