# Notice Recipients

District/Off: 0314–1    User: AutoDocketer    Date Created: 2/17/2026
Case: 1:26–bk–00312–HWV    Form ID: ordsmiss    Total: 7

**Recipients of Notice of Electronic Filing:**
ust    United States Trustee    ustpregion03.ha.ecf@usdoj.gov
tr    Jack N Zaharopoulos    info@pamd13trustee.com
aty    Jordan Matthew Katz    jkatz@raslg.com

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db    Melissa Marie Caldwell    596 Green Valley Road    York, PA 17403
cr    U.S. Bank National Association    Robertson, Anschutz, Schneid, & Crane PL    13010 Morris Rd., Suite 450    Alpharetta, GA 30004 UNITED STATES
5780977    Credit Acceptance    25505 W Twelve Mile Rd    Suite 3000    Southfield MI 48034
5779272    U.S. Bank National Association    Robertson, Anschutz, Schneid, & Crane PL    13010 Morris Rd., Suite 450    Alpharetta, GA 30004

TOTAL: 4